# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18MJ2331 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 841(a)(1) |
| LOPEZ Jr., Miguel Angel | Possession with Intent to Distribute Methamphetamine |
| Defendant | |

The undersigned complainant duly sworn states:

That on or about May 09, 2018, within the Southern District of California, defendant Miguel Angel LOPEZ JR. did knowingly and intentionally possess with the intent to distribute, 500 grams and more, to wit: approximately 16.72 kilograms (36.78 pounds) of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

James Huynh, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, this 10th day of May, 2018.

HONORABLE Bernard G. Skomal
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent James Huynh, of the Drug Enforcement Administration (DEA), declare under penalty of perjury, the following is true and correct:

On May 9, 2018, Border Patrol Agent Craig M. Golden and his canine partner Tyson-C were assigned to the Interstate 8 Immigration Checkpoint. Canine Tyson-C and Agent Golden are trained and certified in the detection of concealed humans and the odors of marijuana and its derivatives, methamphetamine and its derivatives, heroin and its derivatives, and cocaine and its derivatives and ecstasy. The checkpoint was fully operational with all signs visible and lights functioning. The Interstate 8 Westbound Checkpoint is located in Pine Valley, California and is approximately fifteen miles north and eight miles east of the Tecate, California Port of Entry.

At approximately 7:51 a.m., a black 2001 Chevrolet Tahoe, bearing Arizona license plates CFX5430, entered the primary inspection area. Border Patrol Agent Jesus Pina was at primary inspection and identified himself as a United States Border Patrol Agent and questioned the driver, later identified as LOPEZ Jr., Miguel Angel, as to his country of citizenship. LOPEZ Jr. stated he was a United States Citizen. Agent Pina questioned LOPEZ Jr. as to where he was coming from and where he was going. LOPEZ Jr. stated he was coming from Yuma, AZ, and going to Salinas, CA, to work in the fields. Agent Pina asked LOPEZ Jr. if he

crossed the international boundary recently and LOPEZ Jr. stated that he just crossed the San Luis Port of Entry this morning. Agent Pina asked LOPEZ Jr. where the fields were located in Salinas and LOPEZ Jr. said that he did not know. Agent Pina asked LOPEZ Jr. how many times he has been to Salinas and LOPEZ Jr. stated that he has been up to Salinas twice to pick lettuce and cauliflower. Agent Pina then questioned LOPEZ Jr. as to how long he has owned the vehicle. LOPEZ Jr. stated that he just bought the Chevrolet Tahoe two weeks ago in San Luis, Mexico. Agent Pina asked LOPEZ Jr. how much he paid for the vehicle and LOPEZ Jr. looked at Agent Pina with a blank stare and mumbled something that was inaudible. Agent Pina noticed that throughout the encounter LOPEZ Jr. appeared to be very distracted and was breathing heavy and was not engaged in answering his questions.

As Agent Pina was speaking to LOPEZ Jr., Agent Golden and canine Tyson-C entered the primary inspection area. As Agent Golden and his canine Tyson-C walked around the driver's side of the Chevrolet Tahoe, Agent Golden observed an alert from canine Tyson-C. Agent Golden instructed Agent Pina to send the vehicle to secondary inspection for further inspection. Agent Golden and Tyson-C followed the vehicle into secondary inspection.

BPA Golden and canine Tyson-C performed a canine sniff of the interior and exterior of the vehicle in the secondary inspection area. Canine Tyson-C alerted to the exterior of the vehicle and Agent Golden allowed canine Tyson-C to follow the

odor into the vehicle. Once inside the vehicle, Canine Tyson-C jumped to the back seat and alerted to the floor of the vehicle directly behind the center console.

The vehicle was placed onto a lift for further inspection. Agent Golden noticed that the undercarriage had some sort of spray that was not factory as it was uneven and inconsistent. This area of the undercarriage was directly below the center console of the vehicle. Agent Golden used his upholstery tool to scrape it and instantly observed an automotive body repair material commonly referred to as bondo. In Agent Golden's training and experience, bondo should not be present on the undercarriage of a factory vehicle. In Agent Golden's training and experience, this is an indication of an aftermarket compartment located on the floor of the vehicle.

The vehicle was then lowered in order to inspect the floor of the vehicle. Agent Dominguez noticed that the bolts that secured the front seats to the floor were recently tooled as if the seats were recently removed. Agent Dominguez then removed the plastic kick plate on the driver's side and lifted the carpet. Upon lifting the carpet, Agent Dominguez observed a non-factory seam on the floor that was covered in fresh black paint. Agent Dominguez noticed that the floor was raised and the seam he observed was the seam of the non-factory floor compartment. Agent Dominguez then used a drill to drill through the raised side of the compartment. Agent Dominguez then used a fiber optic scope to look inside the compartment. Agent Dominguez immediately observed plastic wrapped packages

consistent with the smuggling of narcotics. A total of 37 bundles were removed from the floor compartment that stretched the width of the vehicle below the front seats. At approximately 8:45 a.m., Border Patrol Agent Lopez placed LOPEZ Jr. in handcuffs and informed him that he was being placed in investigative detention for the possible transportation of a controlled substance.

At approximately 1:30 p.m., LOPEZ Jr. was advised of his Miranda Rights by SA Huynh, as witnessed by SA Avery from the DEA. LOPEZ Jr. agreed to speak to the Agents and stated he was recruited to drive drugs from Calexico, Baja California, Mexico to Los Angeles, CA, by his landlord. LOPEZ Jr. stated he had borrowed approximately $25,000 - $30,000 from his landlord for various personal expenses and this was a way to pay his landlord back. On May 08, 2018, the landlord took LOPEZ Jr's car. During the early morning of May 09, 2018, the landlord returned the vehicle to LOPEZ Jr., with instructions to drive to Los Angeles, CA. The landlord told LOPEZ Jr., he/she would call LOPEZ Jr. later with instructions on where to deliver the drugs. LOPEZ Jr. stated he knew the vehicle contained drugs but was not sure exactly what type of drug nor how much was hidden within the vehicle.